DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MOISES COVARRUBIAS GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:11-cr-000446 LJO SKO |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. ) | |
| ) | |
| MOISES COVARRUBIAS GARCIA, ) ISMAEL CORRAUBIAS GARCIA, ) | DATE: May 7, 2012 TIME: 1:00 P.M. JUDGE: Hon. Sheila K. Oberto |
| ) | |
| Defendants. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for March 19, 2012, **may be continued to May 7, 2012 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case. Both counsel for defendants have engaged in plea negotiations with the government. Both defense counsel expect to receive an offer in the near future. The additional time is needed to meet with the clients, who are both housed in Lerdo, to discuss the forthcoming plea agreements and other matters on the case. The requested continuance is with the intention of conserving time and resources for both parties and the court. All counsel will be available on the requested date and anticipate the case will resolve in the near future.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

preparation and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

        Respectfully submitted,

        BENJAMIN B. WAGNER
        United States Attorney

DATED: March 12, 2012    By:  /s/ Elana S. Landau
        ELANA S. LANDAU
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Defender

DATED: March 12, 2012    By:  /s/ Charles J. Lee
        CHARLES J. LEE
        Assistant Federal Defender
        Attorney for Defendant
        MOISES COVARRUBIAS GARCIA

DATED: March 12, 2012    By:  /s/ Steven L. Crawford
        STEVEN L. CRAWFORD
        Attorney at Law
        Attorney for Defendant
        ISMAEL COVARRUBIAS GARCIA

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 12, 2012**        /s/ **Sheila K. Oberto**
        UNITED STATES MAGISTRATE JUDGE