DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MOISES COVARRUBIAS GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-CR-00446 LJO SKO |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | DATE:  September 4, 2012<br>TIME:   8:30 A.M.<br>JUDGE: Hon. Lawrence J. O'Neill |
| MOISES COVARRUBIAS GARCIA, | |
| *Defendants.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for July 30, 2012, **may be continued to September 4, 2012 at 8:30 a.m.**

This continuance is at the request of both parties.  The parties believe they have reached agreement on the main parameters of a plea bargain to resolve this case.  However, additional time is needed to finalize all the details of the plea agreement, formally prepare the plea agreement, and meet with the client, who is housed at Lerdo, to review the agreement.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

///

effective defense preparation and plea negotiations purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 25, 2012				By:	/s/ Elana S. Landau
						ELANA S. LANDAU
						Assistant United States Attorney
						Attorney for Plaintiff


						DANIEL J. BRODERICK
						Federal Defender

DATED: July 25, 2012				By:	/s/ Charlse J. Lee
						CHARLES J. LEE
						Assistant Federal Defender
						Attorneys for Defendant
						MOISES COVARRUBIAS GARCIA

## O R D E R

**Good cause has not been stated, in that there is no indication why these things could not have been dealt with and completed since the time last in the courtroom, to wit: June 18, 2012, some five weeks ago. That said, the Court is aware of physical illness and hospitalization of the defense counsel. It is on THAT basis, and no other that the Court finds Good Cause.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 25, 2012**			/s/ Lawrence J. O'Neill
						UNITED STATES DISTRICT JUDGE

Garcia: Stipulation and Proposed Order			2