1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MOISES COVARRUBIAS GARCIA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )   No. 1:11-CR-00446 LJO SKO
                                    )
12 |        Plaintiff,               )   STIPULATION AND ORDER TO CONTINUE
                                    )   STATUS CONFERENCE HEARING
13 |   v.                            )
                                    )   DATE:   September 10, 2012
14 | MOISES COVARRUBIAS GARCIA,     )   TIME:   8:30 A.M.
                                    )   JUDGE:  Hon. Lawrence J. O'Neill
15                                   )
            Defendants.              )
16 |_____)

17

18         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel that the status conference in the above-captioned matter now set for September 4, 2012, **may be**

20 **continued to September 10, 2012 at 8:30 a.m.**

21         This continuance is at the request of both parties.  The parties have continued in plea negotiations

22 and believe a modified plea offer will resolve the case.  However, due to the Lerdo bus schedule and when

23 it is anticipated the defense will receive the modified plea agreement, defense counsel will not be able to

24 review the plea agreement with the client by the currently set September 4, 2012 status conference.

25 Therefore, a one week continuance is requested so defense counsel may review the new agreement with

26 the client and also to set this case on the same date as the co-defendant.

27         The requested continuance is with the intention of conserving time and resources for both parties

28 and the court.

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation and plea negotiations purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i)
4  and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: August 23, 2012        By:   /s/ Elana S. Landau
                                    ELANA S. LANDAU
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    DANIEL J. BRODERICK
                                    Federal Defender


DATED: August 23, 2012        By:   /s/ Charlse J. Lee
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    MOISES COVARRUBIAS GARCIA


## **O R D E R**

The continuance is granted for good cause and the Court finds the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   August 23, 2012**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE